AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jeremy Wilson,<br>*Plaintiff*<br>v.<br>Fort Jackson,<br>*Defendant* | ) ) ) ) ) ) Civil Action No.  3:14-cv-01694-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jeremy Wilson, shall take nothing of the defendant; Fort Jackson, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F Anderson, Jr, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  July 15, 2014                                                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/A. Buckingham
                                                                                            _____
                                                                                                   *Signature of Clerk or Deputy Clerk*